PER CURIAM.
Affirmed. See Gudinas v. State, 693 So.2d 953 (Fla.), cert. denied, — U.S. -, 118 S.Ct. 345, 139 L.Ed.2d 267 (1997); Brown v. State, 644 So.2d 52 (Fla.1994), cert. denied, 514 U.S. 1117, 115 S.Ct. 1978, 131 L.Ed.2d 866 (1995); Nixon v. State, 572 So.2d 1336 (Fla.), cert. denied, 502 U.S. 854, 112 S.Ct. 164, 116 L.Ed.2d 128 (1991); State v. Russell, 659 So.2d 465 (Fla. 3d DCA), rev. denied, 665 So.2d 220 (Fla.1995); Baker v. State, 506 So.2d 1056 (Fla. 2d DCA), rev. denied, 515 So.2d 229 (Fla.1987).